✎ PS 8
(3/15)

Case 2:22-cr-00057-TOR    ECF No. 163    filed 10/08/24    PageID.799    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Anishchenko, Yuriy P | Docket No. | 0980 2:22CR00057-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Yuriy P. Anishchenko, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 12th day of May 2022 under the following conditions:

**Additional Condition #14:** Defendant shall notify United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment outside the State of Washington.

**Additional Condition #15:** Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 23, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Anishchenko. Mr. Anishchenko acknowledged an understanding at that time.

**Violation #1:** Yuriy P. Anishchenko is alleged to have violated the conditions of pretrial release supervision by failing to notify the U.S. Probation Office of his change of address withing 24 hours.

On October 2, 2024, the undersigned officer contacted Mr. Anishchenko to schedule a meeting with him. Mr. Anishchenko advised he had moved to a new address "within the last few months." Mr. Anishchenko explained he was residing with his wife and children at his in-laws home. He advised he had an argument with his father-in-law and moved out of his home. Currently, Mr. Anishchenko is residing in a camp trailer located on his friend's property in Greenacres, Washington.

**Violation #2:** Yuriy P. Anishchenko is alleged to have violated the conditions of pretrial release supervision by admitting to consuming alcohol on October 2, 2024.

On October 2, 2024, the undersigned officer met with Mr. Anishchenko at his new residence. During that meeting, the undersigned officer could smell the scent of alcohol in the residence. Mr. Anishchenko admitted to consuming three beers on October 2, 2024. Additionally, he admitted to consuming a couple of beers "here and there" over the past 3months. Subsequently, Mr. Anishchenko signed a substance abuse admission for acknowledging his use of alcohol.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  October 7, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Anishchenko,, Yuriy P
October 7, 2024
Page 2

THE COURT ORDERS

[ ]　　No Action
[ ]　　The Issuance of a Warrant
[X]　　The Issuance of a Summons
[ ]　　The incorporation of the violation(s) contained in this
　　　　 petition with the other violations pending before the
　　　　 Court.
[X]　　Defendant to appear before the Judge assigned to the case.
[ ]　　Defendant to appear before the Magistrate Judge.
[ ]　　Other

_____
Thomas O. Rice
United States District Judge

October 8, 2024
_____
　Date