PROB 12C
(6/16)

Report Date: November 15, 2024

# United States District Court

**for the**

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Yuriy P Anishchenko | Case Number: 0980 2:22CR00057-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Greenacres, Washington 99016 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 23, 2024 | |
| Original Offense: Theft of Public Money, Property, or Records, 18 U.S.C. § 641 | |
| Original Sentence: Probation: 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Daniel Fruchter | Date Probation Commenced: October 23, 2024 |
| Defense Attorney: Nicholas V. Vieth | Date Probation Expires: October 22, 2029 |

### PETITIONING THE COURT

To issue a warrant.

On October 25, 2024, a probation intake was completed at the United States Probation Office with Mr. Anishchenko. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Anishchenko is alleged to have violated the terms of his probation by failing to appear for a random urinalysis, on or about November 13, 2024.<br><br>Mr. Anishchenko was placed on random urinalysis testing with Pioneer Human Services (PHS). He was directed to call the testing call line daily to determine if he would need to report to PHS that same day for testing.<br><br>PHS advised that on November 13, 2024, he failed to report for a random urinalysis. |

Prob12C
**Re: Anishchenko, Yuriy P**
**November 15, 2024**
**Page 2**

2   **Special Condition # 7**: You must undergo a substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Anishchenko is alleged to have violated the terms of his probation by failing to attend substance abuse treatment on or about November 14, 2024.

Mr. Anishchenko attended a substance abuse evaluation with Breakthrough Recovery treatment on November 5, 2024. He was recommended to engage in intensive outpatient treatment. He was then scheduled to commence intensive outpatient treatment services on November 14, 2024. He failed to appear for treatment services on November 14, 2024.

3   **Standard Conditions #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Anishchenko is alleged to have violated the terms of his probation by failing to report to the probation office as directed, on or about November 15, 2024.

On November 15, 2024 at approximately 7:45 a.m., a voice message and text message was sent to Mr. Anishchenko directing him to report to the United States Probation Office no later than 12 p.m. that same day.

At approximately 12:15 p.m., the undersigned attempted to reach Mr. Anishchenko by phone. He again did not answer his phone. The undesigned was able to make contact with his wife by phone who advised she would attempt to have Mr. Anishchenko contact the undersigned. A few moments later, Mr. Anishchenko called the undersigned. The undersigned had concerns that he may be intoxicated due his delayed responses and slurred speech. Mr. Anishchenko admitted to consuming alcohol this day, claiming he had approximately three beers. He then agreed to have his wife provide transportation and report to the probation office by 3 p.m.

4   **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr Anishchenko is alleged to have violated the terms of his probation by consuming alcohol, on or about November 15, 2024.

On November 15, 2024 at approximately 7:45 a.m., a voice message and text message was sent to Mr. Anishchenko directing him to report to the United States Probation Office no later than 12 p.m. that same day.

Prob12C
**Re: Anishchenko, Yuriy P**
**November 15, 2024**
**Page 3**

At approximately 12:15 p.m., the undersigned attempted to reach Mr. Anishchenko by phone. He again did not answer his phone. The undesigned was able to make contact with his wife by phone who advised she would attempt to have Mr. Anishchenko contact the undersigned. A few moments later, Mr. Anishchenko called the undersigned. The undersigned had concerns that he may be intoxicated due his delayed responses and slurred speech. Mr. Anishchenko admitted to consuming alcohol this day, claiming he had approximately three beers.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/15/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

Date