PROB 12C
(6/16)

Report Date: November 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Yuriy P. Anishchenko | Case Number: 0980 2:22CR00057-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, WA 99260 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 23, 2024

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Public Money, Property or Records, 18 U.S.C. § 641 | | |
| Original Sentence: | Probation: 5 years | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | October 23, 2024 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | October 22, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported on 11/15/2024.

On October 25, 2024, a probation intake was completed at the United States Probation Office with Mr. Anishchenko. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.<br><br>**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by opening a new line of credit, on or about November 3, 2024.<br><br>On November 20, 2024, Mr. Anishchenko's credit report was pulled. Upon review of his recent credit report, the undersigned officer observed a new line of credit that was opened on November 3, 2024, in the amount of $1,000. Mr. Anishchenko did not have prior approval of the probation officer to open a new line of credit. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Anishchenko, Yuriy P.
November 26, 2024
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 26, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

November 26, 2024
Date