PROB 12C
(6/16)

Report Date: January 21, 2026

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Yuriy P Anishchenko | Case Number: 0980 2:22CR00057-TOR-1 |
| Address of Offender: ▬▬▬▬▬▬ Mead, Washington 99021 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 23, 2024 | |
| Original Offense: Theft of Public Money, Property, or Records, 18 U.S.C. § 641 | |
| Original Sentence: Probation: 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Joseph Derrig | Date Supervision Commenced: October 23, 2024 |
| Defense Attorney: Nicolas Vieth | Date Supervision Expires: October 22, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On October 25, 2024, a probation intake was completed at the United States Probation Office with Mr. Anishchenko. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Mr. Anishchenko violated the terms of his probation by consuming alcohol, on or about January 16, 2026. |
| | On January 16, 2026, at approximately 10:45 a.m., Mr. Anishchenko was directed to report to the United States Probation Office no later than 4 p.m. that same day for the purposes of a urinalysis. That same day, at approximately 2 p.m. the undersigned officer received a phone all from Mr. Anishchenko's wife. She inquired into what would occur if Mr. Anishchenko refused to report and advised that he had been drinking. He ultimately reported to the probation office at approximately 3:30 p.m. He admitted to consuming two hurricane alcoholic beverages and signed a drug use admission form. He was required to submit to two breathalyzer tests. The readings on those breath samples were .312 and .312. |

Prob12C
**Re: Anishchenko, Yuriy P**
**January 21, 2026**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: It is alleged that Mr Anishchenko violated the terms of his probation by consuming alcohol, on or about January 20, 2026.

On January 20, 2026, the undersigned officer conducted a home visit at approximately 9:45 a.m. Upon arrival, Mr. Anishchenko's wife granted the undersigned officer access to their bedroom where she advised he was located.

Mr. Anischenko was lying in bed. This officer had concerns that he was under the influence given the glossy appearance of his eyes, an odor of alcohol and what appeared to be some difficulty with Mr. Anishchenko communicating verbally. He ultimately admitted to consuming two hurricane alcoholic beverages that morning. During this contact, Mr. Anischenko denied having a problem with alcohol and stated he only has mental health issues. However, Mr. Anishchenko reported that he stopped taking his mental health medications after he discharged from inpatient treatment on January 12, 2026. In addition, he has made no efforts to schedule a mental health counseling appointment.

Mr. Anischenko's level of intoxication was so extreme that it was difficult to make any progress in our conversations. Additionally, he had asked this officer for a hug numerous times and became emotional when his requests were denied.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/21/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Anishchenko, Yuriy P
January 21, 2026
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

January 22, 2026
Date