PROB 12C
(6/16)

Report Date: July 21, 2026

ECF No 260
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 22, 2026
SEAN F. MCAVOY, CLERK

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Yuriy P. Anishchenko Case Number: 0980 2:22CR00057-TOR-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 23, 2024

| | | |
|---|---|---|
| Original Offense: | Theft of Public Money, Property, or Records, 18 U.S.C. § 641 | |
| Original Sentence: | Probation: 60 months | Type of Supervision: Supervised Release |
| Revocation of Probation (March 25, 2026) | Prison - 6 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: June 15, 2026 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2029 |

---

## PETITIONING THE COURT

To issue a summons.

On June 18, 2026, a supervised release intake was completed. Mr. Anishchenko signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 9**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by consuming alcohol, on or about June 24 and June 25, 2026.<br><br>On June 26, 2026, a home visit was conducted. Contact was made with Mr. Anishchenko. Based off Mr. Anishchenko's appearance, the undersigned officer immediately observed indications that Mr. Anishchenko had been consuming alcohol. Upon questioning, Mr. Anishchenko admitted to consuming alcohol the prior two evenings. He then signed a drug use admission form. |

2 **Special Condition # 9**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by failing to appear for a random urinalysis, on or about June 25, 2026.

Mr. Anishchenko is enrolled in phase drug testing with Pioneer Human Services. He is expected to call the testing line daily to determine if he is required to report for testing that same day.

On June 26, 2026, PHS advised that Mr. Anishchenko did not appear for a random urinalysis on June 25, 2026.

3 **Special Condition # 7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by failing to schedule a substance abuse assessment, on or about June 18, 2026.

On June 18, 2026, a supervision intake was completed. At that time, he was directed to contact Pioneer Human Services (PHS) by the end of the next day in order to schedule his substance abuse assessment.

On June 26, 2026, during a home contact, Mr. Anishchenko admitted he had not yet scheduled the substance abuse assessment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/21/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

July 22, 2026

Date