PROB 12C
(6/16)

Report Date: September 9, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2026

SEAN F. MCAVOY, CLERK

ECF No. 274

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Yuriy P Anishchenko Case Number: 0980 2:22CR00057-TOR-1

Address of Offender: [redacted] Spokane WA 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 23, 2024

| | | |
|---|---|---|
| Original Offense: | Theft of Public Money, Property, or Records, 18 U.S.C. § 641 | |
| Original Sentence: | Probation: 60 months | Type of Supervision: Supervised Release |
| Revocation of Probation (March 25, 2026): | Prison - 6 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: June 15, 2026 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2029 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on 7/21/26.

On June 18, 2026, a supervised release intake was completed. Mr. Anishchenko signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by having contact with a felon, without prior approval of the probation officer, from on or about August 4, 2026 to on or about August 11, 2026.

Mr. Anishchenko is currently residing at a residential reentry center (RRC). On September 3, 2026, staff of the RRC advised they conducted a search of Mr. Anishchenko's cellular phone. They observed correspondence between Mr. Anishchenko and another individual

on federal supervision between the dates on August 4 and August 11, 2026. On September 8, 2026, the undersigned contacted Mr. Anishchenko at the RRC and questioned him about this contact. He ultimately admitted to communicating with this individual and knowing she is a convicted felon as they previous met at a RRC.

5 **Special Condition #4**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by failing to attend a mental health appointment on or about September 8, 2026 at Vieira Counseling and Consulting.

On September 8, 2026, Mr. Anishchenko was scheduled to attend a mental health counseling appointment. His mental health provider, Vieira Counseling and Consulting, contacted the undersigned that same day and reported that Mr. Anishchenko failed to attend this scheduled appointment.

6 **Standard Condition #7:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by failing to actively take steps to secure legitimate employment since on or about August 24, 2026.

On August 24, 2026, Mr. Anishchenko entered the Residential Reentry Center (RRC). Since that time, Mr. Anishchenko has made no identifiable efforts to secure legitimate employment.

7 **Special Condition # 7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Yuriy Anishchenko violated the terms of his supervised release by failing to attend substance abuse treatment on or about September 8, 2026.

Mr. Anishchenko is enrolled in intensive outpatient substance abuse treatment with Pioneer Human Services (PHS). PHS reported that he failed to attend a scheduled group on September 8, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/09/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 10, 2026

Date